**Robert A. RAY et al.**

v.

**CITY OF ELLSWORTH PLANNING BOARD.**

Supreme Judicial Court of Maine.

April 10, 1978.

Frank B. Walker, Ellsworth (orally), for plaintiff.

Bernard C. Staples, Bar Harbor (orally), for defendant.

Before McKUSICK, C. J., and POMEROY, WERNICK, ARCHIBALD, GODFREY, and NICHOLS, JJ.

MEMORANDUM OF DECISION.

Judgment of the Superior Court affirmed by an evenly divided court. No costs on appeal allowed to either appellees or appellant.